*Court Filing Record*

*Court: United States Court of Appeals for the Ninth Circuit*

*Date Submitted: 02-22-2024*

*Date Filed: 02-22-2024*

*No.: 23-2448*

*No.: 23-1890*

*Inmate Name: Jody Carr*

*Inmate No.: 79004*

*Document Title:* Request Register of Action

*Total Pages : 1 (not including cover page)*

*Total: 1 of 1*

Jody Carr #79004
ISCC-D2-36-A
P.O. Box 70010
Boise, Id. 83707

Regarding Case Numbers:
    23-2448; and
    23-1890.

Please Send Me Registries of Actions for the above listed cases.

Please & Thank You...